UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62606-SCOLA/ROSENBAUM

WILLIAM L. TAYLOR,

    Plaintiffs,

vs.

NUZZI INVESTMENT, LLC

    Defendants.

_____/

**STIPULATION TO VACATE DEFAULT AND TO DISMISS WITH PREJUDICE**

    Plaintiff, William L. Taylor ("Plaintiff"), by and through undersigned counsel, hereby file this Stipulation seeking an Order vacating Clerk's Default [D.E. 10] and to Dismiss with Prejudice:

    1.    Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* [D.E. 1]

    2.    The matters raised by Plaintiff's Complaint have been resolved in accordance with the Parties' settlement agreement.

    3.    In accordance therewith, Plaintiff requests that the Court vacate the Order by Clerk of Entry of Default. [D.E. 10]

    4.    As part of the settlement reached between the Parties, Plaintiff has agreed to dismiss the action with prejudice. Accordingly, Plaintiff requests that

this matter be dismissed with prejudice.

5. Accept as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter an Order vacating the Order by Clerk of Entry of Default and dismissing the claims asserted by Plaintiff against Defendants in this action with prejudice.

Attorney for Plaintiffs:
By: /s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla. Bar No. 54538
Schapiro Law Group, P.L.
7050 W. Palmetto Park Road, Suite 15-271
Boca Raton, Florida 33433
Telephone:  (561) 807-7388
Facsimile:   (561) 807-7198
E-mail: schapiro@schapirolawgroup.com