UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62606-Civ-SCOLA

WILLIAM L. TAYLOR,

    Plaintiffs,

vs.

NUZZI INVESTMENT, LLC,

    Defendant.

_____/

## ORDER VACATING DEFAULT AND DISMISSING CASE

THIS MATTER is before the Court upon the Stipulation to Vacate Default and to Dismiss with Prejudice [ECF No. 12]. Previously, on February 2, 2012, a Clerk's Default [ECF No. 10] was entered against Defendant Nuzzi Investment, LLC for failing to appear or respond to the Complaint. It appears, however, that the parties have since reached a settlement and the Plaintiff now wishes to have this matter dismissed with prejudice.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk's Default [ECF No. 10] is **VACATED** and this matter is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, on February 14, 2012.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**

*Copies to:*
Designated U.S. Magistrate Judge
Counsel of record

Nuzzi Investment, LLC
3530 Mystic Pinte Dr. # 714
Aventura, Florida 33180